IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| JORGE PINTO,<br><br>    Plaintiff,<br><br>v.<br><br>NELSON, HIRSCH & ASSOCIATES, INC., a Georgia corporation,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 3:10-cv-00185-TCB-JFK |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to all claims.

Respectfully submitted,

by:   / s/ James M. Feagle
        James M. Feagle
        Georgia Bar No. 256916

**SKAAR & FEAGLE, LLP**
108 East Ponce de Leon Avenue ● Suite 204
Decatur, GA 30030
(404) 373-1970 ● fax: (404) 601-1855

- 1 -